# In the United States Court of Federal Claims

No. 17-502C

(Filed:  November 1, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| THE FRONT LINE APPAREL GROUP, INC., d/b/a FRONT LINE APPAREL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| and | * |
| | * |
| DAK RESOURCES, INC., | * |
| | * |
| Defendant-Intervenor. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, the Court hereby **DISMISSES WITH PREJUDICE** the above captioned case.  Each party shall bear its own costs in this protest.  The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge